

## NUMBER 13-08-00500-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**PLACIDO GUERRA A/K/A CHITO GUERRA,**                    **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                              **APPELLEE.**

---

### On Appeal from the 138th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Placido Guerra a/k/a Chito Guerra, attempted to perfect an appeal from

an order entered by the 138th District Court of Cameron, County, Texas, in cause no.

2008-04-2100-B.  Upon review of the documents before the Court, it appeared that the

order from which this appeal was taken was not a final appealable order.  The Clerk of this

Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered
and filed this the 22nd day of January, 2009.